

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORANIA

| | |
|---|---|
| Michelle Bartick | CASE NO. 22-cv-0654-JAH-KSC |
| Plaintiff, | |
| vs. | |
| Log Realty, LLC; | JUDGMENT AND DISMISSAL BY COURT UNDER PURSUANT TO F.R.Civ.P. 4(m) FOR WANT OF PROSECUTION |
| Does 1-10 | |
| Defendant, | |

The above entitled cause, having come before the court on a calendar call pursuant to notice under the F.R. Civ.P. 4(m), for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled cause is hereby dismissed as to defendant(s) Log Realty, LLC and Does 1-10 , without prejudice, for want of prosecution.

Dated: 3/29/2023

Hon. John A. Houston
United States District Judge